Rosen, Appellant, v. Rosen.

Argued November 12, 1971. *John L. Bailey,* with him *Bailey and Bailey,* for appellant; *C. John Tillman,* with him *Hirsch, Weise & Tillman,* for appellee.

Order affirmed.

SPAULDING, J., absent.

Sartori, Appellant, v. Sartori.

Argued November 8, 1971. *Leo M. Stepanian,* for appellant; *William C. Robinson,* with him *Henninger & Robinson,* for appellee.

Order affirmed.

SPAULDING, J., absent.